# EXHIBIT 7



**JACINTOPORT INTERNATIONAL CO.**
16398 Jacintoport Blvd.
Houston, TX 77015
713/678.7000
713/678.7300 FAX

INVOICE: 102918

Ref:

Date: 07/31/09

Contract: GOVERNMENT

Vessel: M/V - "NOBLE STAR"

Port of Loading: HOUSTON

Destination: DOUALA; MOPTI; LOME

B/L Date: 07/23/09

SEALIFT, INC.
ATTN: JOHN RAGGIO
68 WEST MAIN ST.
OYSTER BAY, NY 11771

**WIRE TRANSFER INSTRUCTIONS:**
UMB BANK, NA
KANSAS CITY, MO
ABA # 101 000 695
ACCOUNT NAME: SEABOARD CORPORATION
ACCOUNT NUMBER: 9878000740
REFERENCE: JACINTOPORT

**STEVEDORING CHARGES ARE AS FOLLOWS:**

| Description | Qty | Unit | Rate | Unit | Amount |
|---|---|---|---|---|---|
| LOADING 25 KG BAGS | 1477.111 | MT | @ $31.00 | MT | $45,790.44 |
| LOADING 50 KG BAGS | 378.707 | MT | @ $29.50 | MT | $11,171.86 |
| LOADING VEG OIL - 6/4 LITER CASES | 558.903 | MT | @ $36.50 | MT | $20,399.96 |

**07/22/09**
0900-0930 - 0.5 HRS - PREPARING HATCH 1 - 24 MEN @ $39.00 PER MAN HOUR — $468.00
0900-0915 - 0.25 HRS - PREPARING HATCH 2 - 7 MEN @ $39.00 PER MAN HOUR — $68.25
0900-0945 - 0.75 HRS - PREPARING HATCH 3 - 24 MEN @ $39.00 PER MAN HOUR — $702.00
0900-0915 - 0.25 HRS - PREPARING HATCH 4 - 7 MEN @ $39.00 PER MAN HOUR — $68.25
1700-1730 - 0.5 HRS - PREPARING HATCH 1 - 24 MEN @ $39.00 PER MAN HOUR — $468.00

**07/23/09**
0915-0945 - 0.5 HRS - PREPARING HATCH 1 - 8 MEN @ $39.00 PER MAN HOUR — $156.00
1200-1215 - 0.25 HRS - PREPARING HATCH 3 - 14 MEN @ $39.00 PER MAN HOUR — $136.50

**MATERIALS USED:**
3 BUNDLE EMPTY BAGS       @ $437.00    BUNDLE   $1,311.00
2 CASES BROWN TAPE        @ $85.05     CASE     $170.10
20 ROLLS KRAFT PAPER      @ $20.93     ROLL     $418.60
30 ROLLS CLEAR PLASTIC    @ $36.50     ROLL     $1,095.00
3 CASES SILICONE          @ $41.75     CASE     $125.25

**TOTAL DUE: $82,549.21**

TERMS: Net Cash Upon Receipt of Invoice unless otherwise noted.

White - Original     Blue - Numeric File Copy     Green - Customer File Copy     Yellow - Accounting

U.S.00035

JPI0682