IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| JOHN RAGGIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:10-cv-01908 (BJR) |
| | ) | |
| | ) | |
| JACINTOPORT INTERNATIONAL, LLC, | ) | |
| and | ) | |
| SEABOARD MARINE, LTD. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and the Court's April 21, 2015 Order

Setting Discovery and Briefing Schedule [ECF 98], the United States of America moves for the

entry of summary judgment in its favor, and against Defendants Jacintoport International, LLC

("Jacintoport") and Seaboard Marine, Ltd. ("Seaboard Marine").  As set forth in the United

States' separate statement of Undisputed Material Facts ("Gov't SMF") and more fully explained

in the accompanying Memorandum in Support of this Cross-Motion for Summary Judgment and

in Opposition to Defendants' Motion for Summary Judgment, the record evidence in this case

establishes that Defendants are jointly and severally liable for violating the civil False Claims

Act, 31 U.S.C. § 3729(a)(1)(A), in that they knowingly caused the submission of falsely inflated

claims for payment to the United States Agency for International Development (USAID).  The

undisputed material facts also establish that Defendant Jacintoport is liable to the United States

for breach of contract and unjust enrichment.  The United States therefore respectfully requests

that the Court enter an order granting summary judgment in favor of the United States on Counts

I, II, and III of the United States' First Amended Complaint in Intervention [ECF 97].

The United States additionally moves the Court for a finding that the United States has

established its damages as a matter of law, so that the Court may enter judgment against

Defendants, jointly and severally, for three times the single loss to the Government of

$505,858.66, plus penalties in the amount of $5,500 to $11,000 for each of Defendants' thirteen

violations of the False Claims Act.[1]

Should the Court determine that the material undisputed facts cited in support of this

Cross-Motion are insufficient to support the summary judgment as to the entirety of the United

States' claims and damages, the United States respectfully requests that the Court enter an order

declaring which elements of the United States' claims are established as a matter of law, so as to

narrow the issues in dispute for further briefing and/or trial.

Finally, the United States requests that the Court deny Defendants' Motion for Summary

Judgment [ECF 100] in this matter.  As explained in the accompanying Memorandum,

Defendants' Motion relies upon facts that are disputed and legal arguments that are without

merit.

A proposed order consistent with relief requested herein is attached.

DATED:  July 29, 2015               Respectfully submitted,

                                    BENJAMIN C. MIZER
                                    Principal Deputy Assistant Attorney General
                                    Civil Division

---

[1] The United States recognizes the Court's March 12, 2015 Order [ECF 95], which found Defendant Jacintoport eligible for the reduced damages provision of the False Claims Act, 31 U.S.C. § 3729(a)(2).  The United States contends that Defendants are not eligible for the reduced damages provision and preserves its objection.  The United States further notes that the reduced damages provision requires the Court to assess "not less than" two times the Government's damages, and does not preclude the Court from entering judgment up to the treble damages default.

VINCENT H. COHEN, JR., D.C. Bar #924092
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief


_____/s/_____
JENNIFER A. SHORT, D.C. Bar # 456884
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC  20530
Telephone: (202) 252-2529

MICHAEL D. GRANSTON
MICHAL TINGLE
BENJAMIN C. WEI, D.C. Bar. # 491760
Attorneys
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C.  20044
Telephone: (202) 514-7900

Attorneys for the United States of America