IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *ex rel.*    )
    JOHN RAGGIO,    )
    )
    Plaintiff,    )
    )
    v.    )    Civ. No. 1:10-cv-01908 (BJR)
    )
    )
JACINTOPORT INTERNATIONAL, LLC,    )
and    )
SEABOARD MARINE, LTD.,    )
    )
    Defendants.    )
    )

## Declaration of Megan C. Rahman

1.    I am submitting this Declaration in support of Relator's Motion for Fees and Costs. I am over 18 years of age. I make this declaration of my own personal knowledge and if called as a witness before a Court or other tribunal I could and would competently testify as is set forth herein.

2.    I am an attorney at law and a partner in the law firm of Troutman Sanders LLP ("Troutman Sanders"), in Richmond, Virginia, and one of the attorneys of record for Relator John Raggio ("Relator"). I have been responsible for this matter from 2012, and I have managed, with the coordination and assistance of co-counsel, Timothy B. Shea of the law firm of Nemirow, Hu & Shea, all of the strategic decisions in the case.

3.    I graduated *cum laude* from University of Richmond's T.C. Williams School of Law in 1998, and received a B.A. from the University of North Carolina at Chapel Hill in 1995. After graduation from law school, I clerked for a year with The Honorable James R. Spencer in the United States District Court, Eastern District of Virginia, Richmond Division. I have been practicing law with Troutman Sanders since the completion of my clerkship.

4.     Troutman Sanders employs more than 650 attorneys across sixteen offices located in the United States and abroad.  I am a partner in the Business Litigation Department, and am a member of the Government Investigations, Compliance and Enforcement Section.  My practice focuses primarily on providing advice and support to individuals and corporations across the country responding to regulatory, civil and criminal investigations.  I have substantial experience in conducting internal corporate investigations, representing clients in agency investigations, and handling federal and state criminal and civil litigation.  I have handled matters for clients under investigation for government contracting fraud, embezzlement, securities fraud, tax and bank fraud, money laundering, the Foreign Corrupt Practices Act and the False Claims Act.

5.     At the commencement of this case in 2010, Mark Nagle, at the time a partner in Troutman Sanders' Washington, D.C. office, was responsible for this matter and managed, with the coordination and assistance of Mr. Shea, all of the strategic decisions in the case.  Mr. Nagle put together a team that included senior counsel, Elizabeth Gere, and an associate, Michael Higgins, both in the Washington, D.C. office.  With their assistance, Mr. Nagle analyzed and investigated Relator's claims, prepared the Complaint and Confidential Disclosure Statement and assisted the government with its initial investigation.

6.     Upon Mr. Nagle, Ms. Gere, and Mr. Higgins leaving the firm in 2012, I became responsible for the management of this litigation.  At that time, the Government had filed its Complaint in Intervention.  I relied primarily on two associates for assistance.  From 2012 through 2015, Stanley Hammer was the primary associate in charge of managing discovery, drafting initial versions of nearly all case filings (such as any pleadings, motions, and correspondence), researching legal issues, and coordinating with the Government, as necessary.

2

When Mr. Hammer left the firm in 2015, Laura Anne Kuykendall became the primary associate responsible for researching legal issues and drafting case filings.

7.     I also relied on the assistance of my partner, Bryan Haynes, who is a licensed Washington, D.C. attorney, for local counsel guidance, participating in general litigation strategy and reviewing, editing and approving written work-product in the case such as pleadings, motions, and briefs.

8.     Once the Government filed its Complaint in Intervention, Relator undertook an enormous effort to litigate this matter efficiently and effectively, relying on the Government to run the litigation and billing time only when necessary and prudent.  A review of the time entries after the Complaint in Intervention was filed shows that time was billed to address such issues as: (1) Jacintoport's Counterclaims and Amended Counterclaims; (2) Assistance with Summary Judgment Motions Practice; (3) Written Discovery; and (4) Trial Preparation Assistance.   In addition, Relator's counsel has also researched issues related to the instant fee application and has drafted these motion papers.

9.     Attached hereto as **Exhibit One** is a summary, followed by **a** detailed printout, of the services and associated hours performed by Troutman Sanders for which Relator seeks compensation through the present motion.  The information on the statements is taken directly from the information contained in the electronic timekeeping and billing system described in Paragraph 10.  The undersigned is the custodian of records of these documents.

10.    The Troutman Sanders statements (**Exhibit One**) were created through an electronic billing and timekeeping program in which the attorneys performing legal work on the case enter a description of the work performed and the time taken to perform the work into the computer program at the time the work is completed.  The results are stored in an electronic

3

database at Troutman Sanders and each month a hardcopy bill is generated that shows all work performed, the name of the attorney performing the work, the time spent (in tenths of an hour), and the amount of the billing at the attorney's hourly rate.  The narrative descriptions of the tasks performed are drawn from the time records prepared by each responsible attorney.  In some instances, the description has been edited to delete time for tasks for which we do not seek compensation.  The total Troutman Sanders fees for which Relator seeks reimbursement is $287,411.17.   Of that amount, $17,872.50 are related to the Motion for Fees through August 18, 2016 and/or Relator's counsel discussion with Defendants' counsel about the same.

11.      More specifically, Relator seeks compensation for seven Troutman Sanders attorneys for work performed on this matter: Mark Nagle, Elizabeth Gere, Michael Higgins, Megan Rahman, Stanley Hammer, Bryan Haynes, and Laura Anne Kuykendall.  The individuals, their current standard billing rate (or billing rate at the time they left the firm), the total time requested, and the total amount requested are set forth below:

| Name | Initials | Time Billed | Current Billing Rate | Amount Billed |
|---|---|---|---|---|
| Mark Nagle | MEN | 135.1 | $625.00 | $84,437.50 |
| Michael Higgins | MHH | 94.1 | $450.00 | $42,435.00 |
| Elizabeth Gere | ESG | 41.5 | $575.00 | $23,862.50 |
| Megan Rahman | MCR | 118.3 | $610.00 | $72.163.00 |
| Bryan Haynes | BMH | 9.8 | $575.00 | $5,635.00 |
| Stanley Hammer | SWH | 155 | $310.00 | $48,050.00 |
| Laura Anne Kuykendall | LAK | 32.8 | $305.00 | $10,004.00 |

12.      In order to avoid litigation over the reasonableness of these hours, I have excluded from Exhibit A time for five lawyers who had lesser involvement in the case, time for one library assistant, time spent responding to a subpoena *duces tecum* for Sealift in this matter from Defendants, and other time I determined to be miscellaneous, unreasonable or duplicative.  I

estimate that the exclusions described in this paragraph resulted in an approximate 87.9 hours written off with a $40,000.00 reduction in legal fees.

13.     Each of the seven lawyers for whom Relator seeks fees is highly qualified and provided exceptional services to Relator in his or her role on this case.  My qualifications are set forth above.  The qualifications and a brief description of the roles of the remaining attorneys are set forth below:

- Mark Nagle is a former partner in Troutman Sanders' Special Investigations Group in its Washington, D.C. office and a highly experienced trial lawyer.  Mr. Nagle brought a strong complex civil litigation practice to the firm, which included a focus on class actions in employment and other settings, internal investigations and civil antitrust matters.  From 1998 to 2004, Mark served as Chief of the Civil Division of the United States Attorney's Office for the District of Columbia.  Under his direction, the Division defended the government in employment discrimination actions, medical malpractice and other complex tort litigation, as well as challenges to agency administrative policies and regulatory decisions.  He enhanced the Office's civil enforcement effort by expanding the cases handled under the qui tam provisions of the False Claims Act and actions under the Clean Air and Clean Water Acts.  Mr. Nagle has personally handled cases arising under these statutes as well as cases brought under Title VII of the 1964 Civil Rights Act, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973 and various whistleblower statutes.  From 1997 to 1998, Mr. Nagle practiced at the Pittsburgh office of LeBoeuf, Lamb, Greene & MacRae, where he handled a variety of commercial litigation.  From 1993-1997, he served as Deputy Chief of the Civil Division in the United States Attorney's Office for the District of Columbia, with responsibility for oversight of its affirmative civil enforcement program.  Mr. Nagle is a graduate of Emory University and the Georgetown University Law Center.  Mr. Nagle left Troutman Sanders while the case was pending to join Marriott Vacation Worldwide's in-house legal team.  Mr. Nagle was responsible for analyzing the claims, preparing the sealed Complaint and Confidential Disclosure Statement, advising on strategy, initial meetings with the Government and supplemental investigation of the claims.

- Michael Higgins was an associate in the Regulatory and Administrative Compliance Group in the Washington, D.C. office.  Mr. Higgins focused on issues arising in the commercial transportation of freight by railroad, motor carrier, and vessel.  His clients included large and medium-sized shippers of commodities and industrial goods, and third-party logistics providers.  He had extensive experience in the review, development, and negotiation of transportation contracts and logistics services agreements, and regularly advised clients on regulatory matters related to freight transportation, including the transportation of hazardous materials.  Additionally, he represented clients in litigation in federal and state court, and in administrative proceedings before a number of federal agencies, including the Surface Transportation Board, the Federal Motor Carrier

Safety Administration, the Federal Railroad Administration, and the Pipeline and Hazardous Materials Safety Administration. Michael was a 1995 graduate of Swathmore College and received his J.D. from American University Washington College of Law in 2000. Mr. Higgins' left Troutman Sanders in 2013 to join the Surface Transportation Board, where he is currently the Deputy Director. Mr. Higgins' knowledge of the transportation industry was extremely important when analyzing the claims, documents, industry regulations, and preparing the Complaint and Confidential Disclosure Statement.

- Sally Gere was a Senior Counsel in the Washington, D.C. office where she had a diverse litigation and counseling practice, representing a variety of individual associations and corporate clients in employment matters, civil rights, and commercial litigation. Prior to joining Troutman Sanders, Ms. Gere was a partner in Ross, Dixon & Bell, LLP's Washington, DC office. She joined there in 1987, after serving in the United States Department of Justice for 12 years where she was Senior Trial counsel in the Civil Division and an Assistant United States Attorney in the Southern District of Ohio. While with the Justice Department, Ms. Gere represented the United States in a wide variety of litigation, at the trial and appellate levels, including constitutional challenges and medical malpractice, employment, and contract actions. Ms. Gere received a Special Commendation Award from the Attorney General for her work. Ms. Gere graduated from Denison University in Granville, Ohio with high honors and was a member of Phi Beta Kappa. Ms. Gere received her Juris Doctor degree with honors from George Washington University in Washington, D.C. Ms. Gere left Troutman Sanders to join the Office of the Attorney General. Ms. Gere provided Mr. Nagle with assistance in analyzing the legal claims and the drafting the Complaint and Confidential Disclosure Statement.

- Bryan Haynes is a partner and a member of Troutman Sanders' Regulatory Compliance and Government Litigation practice group and leader of the firm's Tobacco Team. He devotes his practice to representing businesses in disputes and regulatory compliance matters initiated by governmental agencies, and in other commercial litigation. A principal focus of Bryan's practice is representing tobacco manufacturers, importers, distributors, retailers and suppliers in all aspects of their businesses, including regulatory compliance, administrative disputes involving a federal or state governmental entity, commercial agreements and tobacco taxation matters. Prior to joining Troutman Sander's Richmond office in 2003, Bryan clerked for The Honorable Diane Gilbert Sypolt, U.S. Court of Federal Claims in Washington, D.C. and was an associate at Sutherland Asbill & Brennan LLP, in Washington, D.C. for four years. Mr. Haynes provided local counsel guidance and strategy on this matter. Mr. Haynes graduated *magna cum laude* from the George Mason University School of Law in 1998 and received a B.A. from Virginia Polytechnic Institute & State University in 1993.

- Stanley Hammer was an associate at Troutman Sanders in both the White Collar & Government Investigations Practice Group and the Intellectual Property Practice Group. His practice includes the representation of clients in trial and appellate litigation, with a particular focus on disputes in federal court. Before joining the firm, Stan served as a judicial law clerk to the Honorable James R. Spencer, United States District Court for the

Eastern District of Virginia.  His professional experience includes internships with the United States Attorney's Office, Virginia Solicitor General's Office, and Supreme Court of Virginia Office of the Chief Staff Attorney.  Mr. Hammer graduated from the University of Virginia with a B.A. in 2004, and he received his law degree from the University of Richmond, T.C. Williams School of Law, *cum laude*, in 2011, where he was *Editor-in-Chief*, of the *University of Richmond Law Review*.  Mr. Hammer was in charge of managing discovery, drafting initial versions of nearly all case filings (such as any pleadings, motions and correspondence), researching legal issues, and coordinating with the Government, as necessary.

- Laura Anne "LA" Kuykendall is an associate in the firm's Business Litigation practice and specifically within the Intellectual Property and White Collar and Government Investigations practices.  Before joining the firm, Ms. Kuykendall served as a judicial law clerk in both federal and state trial courts.  She clerked for the judges of the Circuit Court of the County of Henrico, Virginia and also served the Honorable M. Hannah Lauck, United States District Judge for the Eastern District of Virginia in Richmond, during Judge Lauck's transition from a federal magistrate judge to a federal district judge.  As a clerk in the Rocket Docket, Ms. Kuykendall handled a diverse range of complex federal civil and criminal matters.  Ms. Kuykendall graduated from the University of Richmond School of Law, where she served on the *University of Richmond Law Review* and the Moot Court Board.  In addition, Ms. Kuykendall interned during law school with the criminal division of the United States Attorney's Office for the Eastern District of Virginia and the Honorable Dennis W. Dohnal, United States Magistrate Judge for the Eastern District of Virginia.  Ms. Kuykendall graduated from the University of Virginia in 2008, with distinction and received her law degree from the University of Richmond, T.C. Williams School of Law in 2011.  She was responsible for researching legal issues and drafting pleadings.

14.     **Exhibit Two** to this Declaration contains a summary of the direct charges incurred by Troutman Sanders in connection with this litigation followed by a detailed printout of these charges.  The charges for which Relator seeks reimbursement are for the filing fee for the Sealed Complaint, courier service and legal research.  These are typical costs that a law firm reasonably charges to its clients, separately, and not part of its overhead expenses.  In total, Relator seeks reimbursement for $2,429.42 in litigation costs and expenses incurred by Troutman Sanders.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
8/19/16
Date

_____
Megan C. Rahman

# EXHIBIT ONE

## Troutman Sanders LLP Summary Hours Report by Year (2010-2016)

| | Rate | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Time | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Mark Nagle | $625 | 36.7 | 98.4 | | | | | | 135.1 | $84,437.50 |
| Michael Higgins | $450 | 75.7 | 18.4 | | | | | | 94.1 | $42,345.00 |
| E. Gere | $575 | 27.3 | 14.2 | | | | | | 41.5 | $23,862.50 |
| Megan Rahman | $610 | | 10.4 | 23.8 | 58.1 | .5 | 3.6 | 21.9 | 118.3 | $72,163.00 |
| Bryan Haynes | $575 | | | 1.6 | 6.9 | 1.3 | | | 9.8 | $5,635.00 |
| Stanley Hammer | $310 | | | 23.4 | 110.6 | 16.8 | 4.2 | | 155.0 | $48,050.00 |
| L.A. Kuykendall | $305 | | | | | | | 32.8 | | $10,004.00 |
| **Totals** | | **139.7** | **141.4** | **48.8** | **175.6** | **18.6** | **7.8** | **54.7** | | **$286,497.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Sealift, Inc.

JacintoPort, Inc

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/01/10 | ESG | Review memorandum from Tim Shea | 0.8 | 460.00 |
| 09/02/10 | ESG | Telephone conference with Mark Nagle regarding status, proceeding | 0.1 | 57.50 |
| 09/07/10 | ESG | Review materials in preparation for meeting with Mark Nagle and meet with Mark Nagle regarding same | 1.2 | 690.00 |
| 09/08/10 | ESG | Prepare for and participate in call with Tim Shea, counsel for Sealift, regarding proceeding; follow up with Mark Nagle | 1.5 | 862.50 |
| 09/10/10 | ESG | Further review of documents, correspondence and case law | 1.1 | 632.50 |
| 09/10/10 | MEN | Call AID counsel; confer with Sally Gere; email co-counsel; begin outlining complaint | 2.7 | 1,687.50 |
| 09/17/10 | MEN | Email Tim Shea | 0.2 | 125.00 |
| 09/28/10 | MEN | Review False Claims damages decisions | 0.4 | 250.00 |
| 09/30/10 | MEN | Draft correspondence and forward to Tim Shea for review; conference call with Tim Shea regarding same | 1.5 | 937.50 |
| 10/04/10 | MEN | Review correspondence from Tim Shea and respond; confer with Sally Gere regarding same | 0.6 | 375.00 |
| 10/08/10 | ESG | Review and comment on draft Raggio Disclosure of Evidence Statement | 1.1 | 632.50 |
| 10/08/10 | MEN | Assemble materials and information for drafting complaint; confer with Mike Higgins regarding same | 0.7 | 437.50 |
| 10/11/10 | MHH | Review draft statement of material facts in support of FCA complaint against Jacintoport defendants related to improper charges for warehouse/stevedoring services | 2.8 | 1,260.00 |
| 10/11/10 | MEN | Review and edit disclosure statement | 0.7 | 437.50 |
| 10/12/10 | MHH | Prepare and develop FCA complaint against Jacintoport defendants for improper billing of warehouse and stevedoring services on cargoes of humanitarian aid; research publicly available materials for information on logistics aspects of humanitarian aid program and allocation of freight charges among government and charitable organizations | 7.0 | 3,150.00 |
| 10/13/10 | MHH | Prepare and develop FCA complaint on behalf of Sealift/Relator Raggio against Jacintoport defendants arising from improper charges for warehousing/stevedoring services | 4.8 | 2,160.00 |
| 10/13/10 | MEN | Continue review of Statement of Evidence | 0.5 | 312.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Sealift, Inc.

JacintoPort, Inc

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 3

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/14/10 | MHH | Review FCA disclosure filing in support of complaint and prepare and develop FCA complaint against Jacintoport defendants arising from excessive billing for stevedoring services for humanitarian cargoes | 8.0 | 3,600.00 |
| 10/14/10 | MEN | Begin review and editing of draft complaint; email to and from Tim Shea regarding same; confer with Mike Higgins regarding contract structure | 3.8 | 2,375.00 |
| 10/15/10 | MHH | Review draft disclosure of material fact for Sealift False Claims Act action against Jacintoport defendants; prepare and develop false claims act complaint for Relator Raggio arising from improper billing for warehouse/stevedoring services | 4.0 | 1,800.00 |
| 10/15/10 | MEN | Draft insert for complaint and review pertinent sections of statement of claim | 2.1 | 1,312.50 |
| 10/19/10 | ESG | Complete review, revision of draft complaint and follow up with Mark Nagle regarding recent developments | 1.7 | 977.50 |
| 10/20/10 | ESG | Further review and analyze draft complaint to prepare for filing and meet with Mark Nagle, Michael Higgins regarding same | 1.4 | 805.00 |
| 10/20/10 | MHH | Confer with Mark Nagle and Sally Gere related to Sealift false claims act complaint and substantive and procedural issues | 0.5 | 225.00 |
| 10/20/10 | MEN | Email and conference call with Tim Shea regarding call from client and new developments; further edits to complaint; confer with Sally Gere and Mike Higgins regarding same; conference call with Tim Shea regarding evidence of scienter by JacintoPort | 2.5 | 1,562.50 |
| 10/21/10 | MEN | Confer with Mike Higgins regarding complaint | 0.2 | 125.00 |
| 10/22/10 | ESG | Finalize draft Complaint and follow up with Mark Nagle, Michael Higgins | 1.1 | 632.50 |
| 10/22/10 | MHH | Prepare and develop Sealift false claims act complaint | 2.6 | 1,170.00 |
| 10/22/10 | MEN | Edit complaint and email Tim Shea regarding same | 1.4 | 875.00 |
| 10/26/10 | ESG | Review correspondence and proposed revisions from Tim Shea; meet with Mark Nagle, Michael Higgins regarding strategy for further proceeding | 1.3 | 747.50 |
| 10/26/10 | MHH | Preparation and develop draft complaint against Jacintoport; prepare and develop statement of material fact | 3.0 | 1,350.00 |
| 10/26/10 | MEN | Confer with Sally Gere and Michael Higgins regarding revisions to complaint; email questions to Tim Shea | 0.6 | 375.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 4

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 10/26/10 | MEN | Review co-counsel changes to amended complaint | 0.4 | 250.00 |
| 10/27/10 | ESG | Review correspondence from Tim Shea with additional revisions; review revised draft complaint; follow up with Michael Higgins regarding draft complaint; review correspondence from Michael Higgins regarding revisions | 1.9 | 1,092.50 |
| 10/27/10 | MHH | Further preparation and development of draft complaint against Jacintoport for violations of False Claims Act on stevedoring services | 2.0 | 900.00 |
| 10/28/10 | ESG | Confer with Mark Nagle regarding further proceeding; review correspondence to Tim Shea with draft complaint; review new case authority | 0.6 | 345.00 |
| 10/28/10 | MHH | Prepare and develop draft sealed complaint against Jacintoport | 2.0 | 900.00 |
| 10/29/10 | ESG | Correspondence to/from Mark Nagle regarding proceeding; review correspondence from Tim Shea with revised draft; review additional correspondence from Tim Shea and attachments from John Raggio; correspondence and conferences with Michael Higgins and Mark Nagle regarding status and strategy for proceeding; review additional correspondence and invoices from Tim Shea | 2.6 | 1,495.00 |
| 10/29/10 | MHH | Prepare and develop draft Statement of Material Facts to accompany filing of sealed complaint | 4.0 | 1,800.00 |
| 10/29/10 | MEN | Emails to and from Tim Shea, Sally Gere, and Mike Higgins regarding final edits to complaint | 0.3 | 187.50 |
| 10/31/10 | MHH | Prepare and develop statement of material facts to accompany draft complaint | 4.0 | 1,800.00 |
| 11/01/10 | ESG | Review, revise Statement of Material Facts; review, finalize draft Complaint; confer with Michael Higgins; review correspondence from Tim Shea, John Raggio regarding additional invoices, support for Complaint; correspondence to/from Mark Nagle | 2.8 | 1,610.00 |
| 11/01/10 | MHH | Prepare and develop Raggio False Claims Act complaint and statement of material facts | 6.5 | 2,925.00 |
| 11/01/10 | MEN | Review draft disclosure statement; email Sally Gere and Mike Higgins regarding same | 0.9 | 562.50 |
| 11/02/10 | ESG | Conferences with Michael Higgins, Mark Nagle regarding status | 0.2 | 115.00 |
| 11/02/10 | MHH | Prepare and develop Raggio sealed False Claims Act complaint; review D.C. Federal Court filing procedures | 1.0 | 450.00 |
| 11/02/10 | MEN | Review of draft complaint; confer with Sally Gere and Mike | 1.6 | 1,000.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Sealift, Inc.

JacintoPort, Inc

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 5

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | Higgins, conference call with Tim Shea | | |
| 11/03/10 | ESG | Further analysis and completion of draft complaint and telephone conference with Tim Shea regarding strategy for proceeding | 1.1 | 632.50 |
| 11/03/10 | MHH | Prepare and develop Raggio sealed complaint and statement of material facts for False Claims Act lawsuit | 1.5 | 675.00 |
| 11/04/10 | ESG | Review correspondence and documents from Tim Shea; review draft Complaint in light of same; correspondence and confer with Mark Nagle, Michael Higgins | 1.0 | 575.00 |
| 11/04/10 | MHH | Prepare and develop sealed complaint and statement of material facts for filing False Claims Act complaint | 4.5 | 2,025.00 |
| 11/04/10 | MEN | Review 2006-2007 invoices and related documents | 2.9 | 1,812.50 |
| 11/05/10 | ESG | Finalize Complaint and Statement of Material Facts | 1.4 | 805.00 |
| 11/05/10 | MHH | Finalize, file and serve Raggio complaint under federal False Claims Act | 6.5 | 2,925.00 |
| 11/05/10 | MEN | Review edits to complaint and draft letters to Department of Justice and U.S. Attorney's office; final review and execution of complaint, disclosure statement and transmittal letters; conference call with chief, civil division, U.S. Attorney's office | 3.2 | 2,000.00 |
| 11/08/10 | ESG | Confer with Mark Nagle regarding contact with Lisa Goldfluss, USAID Inspector General Counsel | 0.3 | 172.50 |
| 11/08/10 | MEN | Conference call with counsel for AID Inspector General regarding false claims allegations | 0.5 | 312.50 |
| 11/09/10 | ESG | Review email from Tim Shea regarding litigation | 0.1 | 57.50 |
| 11/09/10 | MHH | Review materials related to separate action and related settlement between Sealift and Jacintoport arising from action for rail car demurrage | 1.0 | 450.00 |
| 11/10/10 | ESG | Review email from Tim Shea regarding settlement and to incorporate recent developments; review memorandum from Sealift counsel regarding SDTX; review docket of SDTX matter in connection with FCA allegations | 1.1 | 632.50 |
| 11/11/10 | ESG | Begin review of S.D. Texas litigation among Jacintoport, Sealift, USAID | 0.6 | 345.00 |
| 11/15/10 | ESG | Confer with Mark Nagle regarding S.D. Texas litigation settlement | 0.2 | 115.00 |
| 11/15/10 | MHH | Review key filings in federal court litigation between JacintoPort and Sealift related to rail car demurrage | 2.0 | 900.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 6

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 11/16/10 | ESG | Review memorandum regarding S.D. Texas litigation and potential implications for FCA suit | 0.2 | 115.00 |
| 11/16/10 | MHH | Review key filings and materials from litigation in federal district court between JacintoPort, USAID and Sealift | 4.0 | 1,800.00 |
| 11/16/10 | MEN | Conference call with AID counsel to Inspector General Lisa Goldfluss; email Mike Higgins and Sally Gere with questions and document requests | 0.9 | 562.50 |
| 11/17/10 | ESG | Confer with Michael Higgins regarding S.D. Texas settlement and litigation; brief review of GAO Reports regarding Food Aid transportation costs; correspondence to Mark Nagle regarding settlement | 0.6 | 345.00 |
| 11/17/10 | MHH | Review key filings in federal court litigation between JacintoPort and Sealift in relation to rail car demurrage and late arrival of vessels; review GAO reports related to waste and inefficiency in Federal food aid programs | 4.0 | 1,800.00 |
| 11/17/10 | MEN | Emails to and from Mike Higgins and Sally Gere regarding settlement agreement and GAO reports, review documents | 1.1 | 687.50 |
| 11/19/10 | ESG | Confer with Mark Nagle regarding status including contact with USAID | 0.3 | 172.50 |
| 11/19/10 | MEN | Review settlement agreement between Sealift, U.S. AID, and JacintoPort in demurrage action | 0.4 | 250.00 |
| 11/22/10 | ESG | Review release in S.D. Texas litigation and follow up with Mark Nagle | 0.3 | 172.50 |
| 11/23/10 | ESG | Update on contact with USAID regarding complaint | 0.2 | 115.00 |
| 11/23/10 | MEN | Review GAO reports; conference call with AID counsel, email Tim Shea and confer with Sally Gere and Mike Higgins regarding same; forward GAO reports to Lisa Goldfluss | 1.5 | 937.50 |
| 11/24/10 | MEN | Conference call with U.S. Attorney's office; conference call with Tim Shea and John Raggio | 0.5 | 312.50 |
| 11/29/10 | ESG | Update regarding status based on conversation with AUSA | 0.2 | 115.00 |
| 11/29/10 | MEN | Conference call with AUSA Jennifer Short, email co-counsel regarding same | 0.4 | 250.00 |
| 12/15/10 | MEN | Begin review of D.C. Circuit False Claims opinion in U.S. v. SAIC | 0.5 | 312.50 |
| 12/16/10 | ESG | Update on status per AUSA | 0.2 | 115.00 |
| 12/16/10 | MEN | Conference call with AUSA; email Sally Gere, Mike Higgins, and Tim Shea regarding same; review contract documents | 0.8 | 500.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 7

Sealift, Inc.

JacintoPort, Inc

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 12/17/10 | ESG | Further update regarding status of matter including AUSA request for extension of time | 0.1 | 57.50 |
| 12/17/10 | MEN | Conference call with Lisa Goldfluss, counsel to AID Inspector General, regarding status of investigation | 0.8 | 500.00 |
| 12/21/10 | MEN | Conference call with AUSA regarding extension of seal period | 0.2 | 125.00 |
| 12/27/10 | MEN | Review D.C. Circuit SIAC decision regarding liability for implied certifications | 1.3 | 812.50 |
| 12/28/10 | MEN | Review application by U.S. to extend intervention deadline | 0.2 | 125.00 |
| 12/30/10 | MEN | Review cases on 2009 FCA amendments | 0.4 | 250.00 |
| 01/12/11 | ESG | Review correspondence from AUSA Short regarding status of government investigation; follow-up meeting re same with Mark Nagle, Michael Higgins regarding response to AUSA Short and review correspondence from Tim Shea regarding same | 0.9 | 517.50 |
| 01/12/11 | MHH | Review emails related to case developments and potential meeting with U.S. Department of Justice; research USAID/USDA freight payment system for PL 480 humanitarian aid cargo | 1.5 | 675.00 |
| 01/12/11 | MEN | Review and respond to email from Assistant U.S. Attorney regarding investigation and document requests; confer with Mike Higgins and Sally Gere regarding same; emails and conference call with Tim Shea regarding response; review attachments to complaint | 3.5 | 2,187.50 |
| 01/19/11 | MEN | Review and respond to email from AUSA regarding meeting and document production; emails to and from co-counsel regarding compilation of responsive documents | 0.7 | 437.50 |
| 01/26/11 | ESG | Update regarding status of document collection | 0.2 | 115.00 |
| 01/26/11 | MHH | Confer with Mark Nagle on documents relevant to showing knowledge of Jacintoport of incorrect billing on government humanitarian aid cargo | 0.4 | 180.00 |
| 01/26/11 | MEN | Conference call with Tim Shea regarding Sealift documents and port services invoices | 0.7 | 437.50 |
| 01/31/11 | MEN | Review contract documents reflecting stevedore charges; email Tim Shea regarding additional documents; review CFR provisions cited in contract, confer with Mike Higgins regarding same | 4.0 | 2,500.00 |
| 02/01/11 | MEN | Review contract documents and FAR provisions | 0.4 | 250.00 |
| 02/02/11 | ESG | Review and respond to various correspondence regarding | 0.3 | 172.50 |

IN ACCOUNT WITH

Troutman Sanders LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 8

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
|  |  | scheduling USAID meeting |  |  |
| 02/02/11 | MEN | Review AID Supplement to FAR; review solicitation and amendments for warehouse services contract awarded to JacintoPort; conference call with Jennifer Short regarding rescheduling of meeting; emails to co-counsel regarding same | 3.6 | 2,250.00 |
| 02/04/11 | MEN | Review documents for M/V Advantage Voyage Co., begin outline of discussion questions | 1.7 | 1,062.50 |
| 02/05/11 | MHH | Review shipping and transactional documents relevant to transportation of P.L. 480 pre-position cargoes | 0.8 | 360.00 |
| 02/07/11 | ESG | Review and respond to correspondence regarding documents provided by John Raggio | 0.4 | 230.00 |
| 02/07/11 | MHH | Review documents furnished by Sealift to respond to United States Department Of Justice follow-up inquiries related to False Claims Act complaint | 1.3 | 585.00 |
| 02/07/11 | MEN | Continue review of PVO solicitation, Sealift offer, charter party and related documents; conference call with Tim Shea regarding same; emails to and from Mike Higgins and Sally Gere regarding documents | 5.3 | 3,312.50 |
| 02/08/11 | MEN | Confer with Sally Gere regarding documents for U.S. Attorney; draft memorandum for U.S. Attorney regarding evidence of fraud by JacintoPort | 4.3 | 2,687.50 |
| 02/09/11 | ESG | Review, revise draft for U.S. Attorney, USAID regarding voyage of goods and in response to AUSA Short's questions | 0.3 | 172.50 |
| 02/09/11 | MHH | Review documents produced by Sealift and memorandum in response to United States Department Of Justice follow-up inquiries | 1.6 | 720.00 |
| 02/09/11 | MEN | Complete and revise initial draft memorandum to U.S. Attorney, forward to Sally Gere and Mike Higgins | 3.8 | 2,375.00 |
| 02/10/11 | ESG | Conferences with Mark Nagle regarding strategy for proceeding, including preparation of memorandum | 0.7 | 402.50 |
| 02/10/11 | MHH | Review Sealift memorandum responding to follow-up inquiries from United States Department Of Justice related to False Claims Act complaint and logistics process for food aid cargo | 1.5 | 675.00 |
| 02/10/11 | MEN | Review and incorporate Sally Gere edits to memorandum; revise memorandum, review supporting documents | 3.6 | 2,250.00 |
| 02/11/11 | ESG | Review, revise additional sections of memorandum for US Attorney/USAID | 0.7 | 402.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 9

Sealift, Inc.

JacintoPort, Inc

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 02/11/11 | MEN | Revise Memorandum; transmit to Tim Shea for forwarding to client; emails to and from Tim Shea regarding additional edits; revise Memorandum | 2.6 | 1,625.00 |
| 02/13/11 | ESG | Review materials in preparation for meeting with USAID, US Attorney | 1.1 | 632.50 |
| 02/14/11 | ESG | Review, revise updated memorandum; follow-up regarding various issues regarding definition of terms | 1.0 | 575.00 |
| 02/14/11 | MHH | Review memorandum responsive to U.S. Department of Justice inquiry; review Raggio statement of material evidence; review exhibits furnished by Raggio | 2.0 | 900.00 |
| 02/14/11 | MEN | Edit memorandum to U.S. Attorney concerning evidence of fraud and structure of contract relationships; review relevant documents; review and incorporate additional comments from Sally Gere and Mike Higgins; complete revisions to memorandum, review exhibit package, draft letter to Assistant U.S. Attorney; emails to and from Assistant U.S. Attorney Short regarding materials and meeting on February 16 | 3.9 | 2,437.50 |
| 02/16/11 | ESG | Prepare for and meet with client, John Raggio, co-counsel, in preparation for meeting with AUSA Short, USAID representatives; attend meeting with AUSA Short, USAID representatives | 6.4 | 3,680.00 |
| 02/16/11 | MHH | Attend meetings with client and with U.S. Department of Justice team related to Raggio False Claims Act complaint | 5.8 | 2,610.00 |
| 02/16/11 | MEN | Outline issues for discussion with John Raggio; meet with John Raggio, Tim Shea, and co-counsel to prepare for meeting with government; meet with Assistant U.S. Attorney, Department of Justice attorney, and AID investigators; outline follow-up tasks | 6.7 | 4,187.50 |
| 02/17/11 | MEN | Telephone call to/left voice mail for Tim Shea; conference call with Tim Shea regarding collection of documents and additional case authority; review AID/JacintoPort contract and related documents, begin outline of memorandum to Assistant U.S. Attorney | 2.5 | 1,562.50 |
| 02/22/11 | ESG | Update regarding status and confer with Mark Nagle regarding strategy for proceeding | 0.5 | 287.50 |
| 02/22/11 | MEN | Conference with Sally Gere regarding meeting with AUSA and investigations; review pleadings in Sealift/JacintoPort litigation in U.S. District Court, South District of Texas | 1.3 | 812.50 |
| 02/23/11 | ESG | Correspondence to J. Raggio returning materials; review Texas federal docket and correspondence regarding depositions and documents per AUSA request | 0.5 | 287.50 |

IN ACCOUNT WITH

## Troutman Sanders LLP
### ATTORNEYS AT LAW

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 10

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 02/23/11 | MEN | Review damages cases with defective pricing and related issues; emails to and from Tim Shea regarding documents from Texas litigation; begin memorandum to U.S. Attorney on scienter and damages issues | 3.2 | 2,000.00 |
| 02/24/11 | MEN | Conference call with Tim Shea regarding depositions and other materials; begin review of depositions, exhibits and related documents | 4.5 | 2,812.50 |
| 02/25/11 | MHH | Review documents produced in previous Jacintoport litigation; confer with Mark Nagle on significance of documents | 0.8 | 360.00 |
| 02/25/11 | MEN | Review JacintoPort discovery  materials related to Sealift contracts; direct preparation of spreadsheet reflecting invoiced stevedore charges, cargo tonnage and related information | 5.7 | 3,562.50 |
| 02/28/11 | MHH | Review documents produced in previous Jacintoport litigation and confer with Mark Nagle | 1.0 | 450.00 |
| 02/28/11 | MEN | Review invoices and related documents on 2007 food aid cargoes for various carriers; review Sealift-JacintoPort communications; confer with Mike Higgins regarding same | 7.0 | 4,375.00 |
| 03/04/11 | MEN | Telephone call/voice mail to and from Tim Shea regarding status of document review; conference call with Tim Shea regarding documentary evidence of overcharges, cargo volume and related issues | 0.6 | 375.00 |
| 03/07/11 | MEN | Outline evidence of JacintoPort scienter and concealment of AID contract rates from MARAD | 2.8 | 1,750.00 |
| 03/08/11 | MEN | Outline evidence of scienter and damages; draft memorandum discussing evidence of liability and damages | 7.8 | 4,875.00 |
| 03/09/11 | ESG | Review, revise draft Memorandum to AUSA Short regarding additional evidence and analysis of same | 0.7 | 402.50 |
| 03/09/11 | MHH | Review memorandum prepared by Mark Nagle regarding key documents supporting Raggio False claims action; confer with Mark Nagle regarding substance of memorandum | 1.5 | 675.00 |
| 03/09/11 | MEN | Complete draft memorandum to U.S. Attorney and forward to Sally Gere and Mike Higgins; review Sally Gere comments and incorporate into draft; confer with Mike Higgins regarding revisions to draft; review False Claims case law, revise draft and forward to Tim Shea | 4.2 | 2,625.00 |
| 03/11/11 | MEN | Emails to and from Tim Shea regarding memorandum to U.S. Attorney; review and incorporate revisions; review relevant contract provisions and related documents | 3.2 | 2,000.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 11

Sealift, Inc.

JacintoPort, Inc

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/14/11 | MEN | Conference call with AUSA; telephone call to/left voice mail for AID counsel; draft letter to AUSA forwarding materials; finalize Sealift package for forwarding to U.S. Attorney | 1.0 | 625.00 |
| 03/17/11 | ESG | Update on further investigation by John Raggio | 0.2 | 115.00 |
| 03/17/11 | MEN | Conference call with Tim Shea regarding case status and new evidence | 0.3 | 187.50 |
| 03/25/11 | ESG | Confer with M. Nagle regarding telephone conference with USAID regarding status, subpoena issuance | 0.3 | 172.50 |
| 03/25/11 | MHH | Review Mark Nagle's email related to Raggio case developments and inspector general subpoena | 0.2 | 90.00 |
| 03/25/11 | MEN | Conference call and follow-up email with counsel for AID Inspector General; email co-counsel regarding same and steps for moving forward | 1.5 | 937.50 |
| 06/09/11 | MEN | Conference call with Assistant U.S. Attorney regarding status of investigation; conference call with Tim Shea, confer with Mike Higgins regarding damages | 1.0 | 625.00 |
| 06/10/11 | MEN | Emails to and from Tim Shea regarding freight unloading charges | 0.8 | 500.00 |
| 06/21/11 | MEN | Attend to voice mail from AUSA Short, telephone call/voice mail to Tim Shea regarding same and amended complaint; conference call with AUSA Short regarding amended complaint and government motion to extend seal period; conference call with Tim Shea regarding same; complete revisions to amended complaint, review JacintoPort rate quote, assemble package and forward to AUSA; emails to and from Tim Shea regarding same | 1.9 | 1,187.50 |
| 06/23/11 | MEN | Review D.C. Circuit False Claims Act decision and Boese Treatise | 1.0 | 625.00 |
| 07/05/11 | MEN | Conference call with AID IG Counsel Lisa Goldfluss, forward amended Complaint to Ms. Goldfluss, email Tim Shea regarding same | 1.2 | 750.00 |
| 09/14/11 | MEN | Conference call with AUSA Short regarding investigation, email co-counsel regarding same; emails to and from Tim Shea regarding investigation status and damages | 1.4 | 875.00 |
| 09/29/11 | MEN | Conference call with Tim Shea regarding new evidence of JacintoPort overcharges; email John West and Megan Rahman regarding same | 0.7 | 437.50 |
| 10/13/11 | MCR | Review complaint and submissions to AUSA | 1.1 | 671.00 |
| 10/14/11 | MCR | Review pleadings; draft motion to substitute counsel and order; send email to Len Fleisig about same | 3.3 | 2,013.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 12

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 10/18/11 | MCR | Review and analyze file | 0.2 | 122.00 |
| 10/19/11 | MCR | Review and analyze file; review deposition of Labbe; telephone call with Tim Shea to discuss case | 4.5 | 2,745.00 |
| 11/09/11 | MCR | Telephone call with Lisa Goldfuss;draft and send email to Lisa Goldfuss and Jennifer Short; exchange emails with Jennifer Short; exchange emails with Tim Shea; review memo from Tim Shea on case analysis | 0.7 | 427.00 |
| 11/28/11 | MCR | Telephone call with Jennifer Short; confer with John West about same; draft and send email to Tim Shea regarding telephone call with Jennifer Short | 0.6 | 366.00 |
| 01/05/12 | MCR | Telephone call with Jennifer Short; telephone call with Tim Shea about same | 0.5 | 305.00 |
| 04/16/12 | MCR | Telephone call with Jennifer Short, exchange emails with Tim Shea regarding same | 0.4 | 244.00 |
| 07/10/12 | MCR | Telephone call with Jennifer Short; confer with John West about same; email to Tim Shea; telephone call with Tim Shea regarding call with Jennifer Short and current settlement posture in case | 1.2 | 732.00 |
| 07/13/12 | MCR | Telephone call with Jennifer Short; email to Tim Shea about same | 0.2 | 122.00 |
| 08/06/12 | MCR | Telephone call with Jim Hamilton regarding fees claim; telephone call with Tim Shea regarding same | 0.5 | 305.00 |
| 08/09/12 | MCR | Telephone call with Jim Hamiltion regarding fees claims | 0.1 | 61.00 |
| 08/10/12 | MCR | Review issues related to government's decision on limited intervention; telephone call with Tim Shea about same | 0.5 | 305.00 |
| 08/23/12 | MCR | Telephone call with Tim Shea regarding latest update on case and strategy | 0.1 | 61.00 |
| 09/28/12 | MCR | Telephone call with Tim Shea regarding timing of filing additional claims and whether additional claims should be filed | 0.5 | 305.00 |
| 10/19/12 | BMH | Attention to Motion to Substitute; conference with Megan Rahman regarding background of case | 0.4 | 230.00 |
| 10/19/12 | MCR | Draft motion for substitution and order for Bryan Haynes; review service rules for relator's complaint when government intervenes | 1.2 | 732.00 |
| 10/24/12 | MCR | Review Government's complaint in intervention | 0.4 | 244.00 |
| 10/25/12 | MCR | Telephone call with Jennifer Short and Ben Wei regarding complaint in intervention and relator's complaint; telephone call with Tim Shea regarding remaining claims and strategy | 0.8 | 488.00 |

IN ACCOUNT WITH

Troutman Sanders LLP
ATTORNEYS AT LAW

Sealift, Inc.

JacintoPort, Inc

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 13

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | going forward | | |
| 11/12/12 | MCR | Review and revise draft amended complaint | 2.1 | 1,281.00 |
| 11/14/12 | SWH | Conference with M. Rahman regarding filing of pro hac vice motions, First Amended Complaint, notice of voluntary dismissal of Seaport Defendants, and motion for leave | 0.2 | 62.00 |
| 11/15/12 | SWH | Research DC District Court Local Rules and ECF Guidelines in preparation for filing of pro hac vice and other motions | 0.6 | 186.00 |
| 11/16/12 | SWH | Research Federal Rules and false claims statute to determine propriety of amending complaint as of right; draft motion for leave to serve amended complaint under 31 USC 3730(b)(2) in light of research; draft pro hac vice motions and declarations, and proposed orders granting same | 3.1 | 961.00 |
| 11/19/12 | SWH | Draft notice of voluntary dismissal; edit pro hac vice motions and attachments, motion for leave, notice of voluntary dismissal, and First Amended Complaint; further research regarding DC District Court Local Rules and ECF Guidelines; prepare final drafts of same for M. Rahman and B. Haynes's review | 2.8 | 868.00 |
| 11/19/12 | MCR | Review pleadings for amending complaint and service; exchange emails with Tim Shea about same | 0.3 | 183.00 |
| 11/20/12 | SWH | Make final edits to pro hac vice motions, motion for leave, First Amended Complaint, and Notice of Voluntary Dismissal; file same over ECF | 0.8 | 248.00 |
| 11/20/12 | BMH | Review Amended Complaint, Motion for Leave to Serve Amended Complaint, Notice of Voluntary Dismissal; comment on same; conference with Megan Rahman; e-mail correspondence with Clerk's office | 1.2 | 690.00 |
| 11/20/12 | MCR | Confer with Bryan Haynes about filing pleadings; send email to Jennifer Short with amended complaint | 0.2 | 122.00 |
| 12/03/12 | SWH | Review United States District Court for the District of Columbia ECF Manual regarding issue of notice to pro hac vice attorneys | 0.2 | 62.00 |
| 12/03/12 | MCR | Read and analyze letter from James Hamiliton regarding threatened counterclaims | 0.3 | 183.00 |
| 12/04/12 | MCR | Preliminary research into the merits of the counterclaims asserted in letter from Jacintoport | 1.1 | 671.00 |
| 12/05/12 | SWH | Conference with M. Rahman regarding Counsel for Jacintoport's letter threatening counterclaims; review letter; review Houston demurrage suit Release and Settlement | 1.9 | 589.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 14

Sealift, Inc.

JacintoPort, Inc

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Agreement; begin research of case law interpreting relevant Agreement language | | |
| 12/05/12 | MCR | Confer with John West about letter from James Hamilton; telephone call with Tim Shea about same; confer with Stan Hammer about needed research on potential counterclaims | 0.8 | 488.00 |
| 12/06/12 | SWH | Draft memorandum to M. Rahman analyzing issue whether Houston demurrage Release and Settlement Agreement releases counterclaims threatened in Hamilton letter; review T. Shea analysis regarding same; prepare comments regarding Shea analysis | 2.1 | 651.00 |
| 12/06/12 | MCR | Review memo from Stan Hammer on settlement agreement; draft and send email to Tim Shea on settlement agreement as bar to claims | 0.4 | 244.00 |
| 12/07/12 | SWH | Conference with M. Rahman and J. West regarding Shea analysis of Settlement and Release Agreement; research procedural law on issue of asserting counterclaims against relators; begin research of substantive criminal allegations underlying threatened civil counterclaims | 4.1 | 1,271.00 |
| 12/07/12 | MCR | Confer with John West and Stan Hammer about whether the settlement agreement acts as a bar to the proposed counterclaims; draft letter to respond to letter from James Hamilton | 2.2 | 1,342.00 |
| 12/09/12 | SWH | Research civil RICO case law and potential arguments for dismissal of threatened civil RICO counterclaim | 1.1 | 341.00 |
| 12/10/12 | SWH | Research viability/arguments for dismissal of civil counterclaims threatened by counsel for Jacintoport; conference with M. Rahman regarding response to counsel for Jacintoport | 2.1 | 651.00 |
| 12/10/12 | MCR | Exchange emails with Tim Shea regarding draft letter to James Hamilton; discuss same with John West; revise letter to James Hamilton and send same | 0.8 | 488.00 |
| 12/12/12 | MCR | Telephone call with James Hamilton regarding attorney's fees and possible settlement; exchange emails with Tim Shea about same | 0.3 | 183.00 |
| 12/13/12 | SWH | Begin drafting informal memorandum to M. Rahman and J. West regarding viability of counterclaims threatened by Jacintoport and arguments for dismissal of same | 0.5 | 155.00 |
| 12/14/12 | SWH | Complete informal memorandum to M. Rahman and J. West regarding viability of counterclaims threatened by Jacintoport and arguments for dismissal of same; submit for review | 2.1 | 651.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 15

Sealift, Inc.

JacintoPort, Inc

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/19/12 | SWH | Call D.C. District Court regarding ECF registration issues; draft and email ECF registrations for self and M. Rahman to Clerk's Office | 0.6 | 186.00 |
| 12/20/12 | MCR | Research case law for filing a motion to dismiss in response to counterclaims filed by Jacintoport; telephone call with Tim Shea about same | 5.1 | 3,111.00 |
| 12/31/12 | MCR | Research and analyze case law for motion to dismiss RICO and abuse of process counterclaims | 3.8 | 2,318.00 |
| 01/02/13 | SWH | Research Texas law applicable to Jacintoport's good faith and fair dealing claim | 3.6 | 1,116.00 |
| 01/02/13 | MCR | Work on motion to dismiss counterclaims; telephone call with Ben Wei regarding responding to counterclaims; exchange emails with James Hamilton to set up telephone call to discuss responding to counterclaims | 6.8 | 4,148.00 |
| 01/03/13 | MCR | Telephone call with Ben Wei to discuss extension of time to respond to counterclaims; telephone call with James Hamilton and Ben Wei to discuss Jacintoport's consent to extension to respond to counterclaims; draft and send email to Tim Shea regarding new date for filing response; review draft of motion to exend time to respond; work on draft of motion to dismiss RICO counterclaim | 3.3 | 2,013.00 |
| 01/08/13 | MCR | Telephone call with Jennifer Short regarding request for shipping instructions; send email to Tim Shea regarding request for same | 0.2 | 122.00 |
| 01/17/13 | SWH | Prepare for conference call with Megan Rahman, Benjamin Wei, and Jennifer Short; participate in conference call; brief initial research on procedural issues raised in call | 0.8 | 248.00 |
| 01/17/13 | MCR | Review defenses to counterclaim in preparation of call with government; telephone call with Jennifer Short and Ben Wei to discuss strategy on responding to counterclaims asserted by Jacintoport | 0.8 | 488.00 |
| 01/23/13 | MCR | Review and revise Raggio's opposition to Sealift's motion to dismiss the amended complaint | 1.1 | 671.00 |
| 01/25/13 | SWH | Research procedural and jurisdictional arguments for dismissal of Jacintoport's counterclaims and/or dismissal of Sealift | 2.7 | 837.00 |
| 01/28/13 | SWH | Research procedural arguments associated with 12(b)(6) motion | 2.8 | 868.00 |
| 01/29/13 | SWH | Continue research on procedural and jurisdictional arguments for 12(b)(6) motion | 2.5 | 775.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Sealift, Inc.

JacintoPort, Inc

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 16

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/31/13 | MCR | Work on drafting motion to dismiss counterclaims | 6.6 | 4,026.00 |
| 02/01/13 | SWH | Further research on procedural and jurisdictional arguments for 12(b)(6) motion; begin drafting memo to Megan Rahman and John West regarding same | 0.9 | 279.00 |
| 02/01/13 | MCR | Work on draft motion to dismiss counterclaims | 0.4 | 244.00 |
| 02/03/13 | SWH | Continue drafting memo to Megan Rahman and John West on procedural and jurisdictional arguments for 12(b)(6) motion | 2.6 | 806.00 |
| 02/03/13 | BMH | Review Common Interest Agreement and e-mail correspondence with Megan Rahman regarding same | 0.1 | 57.50 |
| 02/04/13 | SWH | Finish drafting memo to Megan Rahman and John West on procedural and jurisdictional arguments for 12(b)(6) motion; draft outline regarding same, and in addition merits arguments, for submission to government attorneys | 6.1 | 1,891.00 |
| 02/04/13 | MCR | Work on draft motion to dismis counterclaims; review analysis of joinder and jurisidctional issues | 2.7 | 1,647.00 |
| 02/08/13 | SWH | Perform case law research for argument that court should decline to exercise supplemental jurisdiction over state law claims | 1.7 | 527.00 |
| 02/13/13 | SWH | Review cases on "insubstantial federal claim" jurisdictional argument for memorandum in support of motion to dismiss | 0.9 | 279.00 |
| 02/14/13 | SWH | Draft, and edit already-drafted sections, of memorandum in support of motion to dismiss | 1.9 | 589.00 |
| 02/15/13 | SWH | Draft, and edit already-drafted sections, of memorandum in support of motion to dismiss | 5.1 | 1,581.00 |
| 02/16/13 | SWH | Draft, and edit already-drafted sections, of memorandum in support of motion to dismiss | 2.4 | 744.00 |
| 02/18/13 | SWH | Finish drafting memorandum in support of motion to dismiss; submit same to M. Rahman for review | 2.2 | 682.00 |
| 02/18/13 | MCR | Review and revise latest draft of motion to dismiss counterclaims | 0.3 | 183.00 |
| 02/19/13 | SWH | Review Tim Shea's comments on memorandum in support of motion to dismiss and propose edits to brief in light of same | 1.0 | 310.00 |
| 02/19/13 | MCR | Review proposed revisions to motion to dismiss from Tim Shea and incorporate same in brief | 0.5 | 305.00 |
| 02/20/13 | SWH | Call and email D.C. District Court regarding notification issue; email current draft of memorandum in opposition to government counsel and briefly review government | 0.7 | 217.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 17

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | memorandum in support of motion to dismiss counterclaims | | |
| 02/20/13 | BMH | Review and revise Motion to Dismiss Counterclaim | 1.1 | 632.50 |
| 02/20/13 | MCR | Work on revisions to motion to dismiss counterclaims | 4.2 | 2,562.00 |
| 02/21/13 | SWH | Cite-check and proofread memorandum in support of motion to dismiss; draft additions to brief consistent with suggestions of government counsel; final changes to proposed order granting motion to dismiss and motion to dismiss | 4.6 | 1,426.00 |
| 02/21/13 | MCR | Review government's draft of motion to dismiss counterclaims; telephone call with Jennifer Short and Ben Wei to discuss draft motions to dismiss; confer with Stan Hammer about further revisions to motion to dismiss; revise motion to dismiss | 2.1 | 1,281.00 |
| 02/22/13 | SWH | Prepare final versions of motion to dismiss counterclaims, memorandum in support of motion to dismiss, and proposed order, and file same with Court via ECF | 0.6 | 186.00 |
| 02/25/13 | MCR | Telephone call with Tim Shea to discuss status of case and strategy regarding motions to dismiss | 0.1 | 61.00 |
| 03/19/13 | SWH | Review and analyze Jacintoport's First Amended Answer and Counterclaims and redline of same against Jacintoport's original Answer and Counterclaims; perform initial legal research with respect to dismissal of counterclaims | 2.2 | 682.00 |
| 03/19/13 | MCR | Review and analyze revised counterclaims filed by Jacintoport | 0.3 | 183.00 |
| 03/20/13 | SWH | Continue initial legal research with respect to dismissal of amended counterclaims; conference call with Megan Rahman and DOJ counsel (Jennifer Short and Benjamin Wei) regarding strategy for responding to amended counterclaims | 2.1 | 651.00 |
| 03/20/13 | BMH | Review Amended Answer and Counterclaims | 0.6 | 345.00 |
| 03/20/13 | MCR | Telephone call with Jennifer Short, Ben Wei and Stan Hammer to discuss amended counterclaims | 0.5 | 305.00 |
| 04/09/13 | SWH | Perform case law research for motion to dismiss amended counterclaims | 1.5 | 465.00 |
| 04/09/13 | BMH | Review Standing Order | 0.3 | 172.50 |
| 04/10/13 | SWH | Perform case law research for motion to dismiss amended counterclaims | 3.7 | 1,147.00 |
| 04/11/13 | SWH | Research case law for motion to dismiss amended | 1.7 | 527.00 |

IN ACCOUNT WITH

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 18

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | counterclaims | | |
| 04/12/13 | SWH | Perform case law research for motion to dismiss amended counterclaims | 1.1 | 341.00 |
| 04/13/13 | SWH | Review proposed argument section asserting Release and Settlement bar Jacintoport's counterclaims; continue case law research for motion to dismiss amended counterclaims | 2.5 | 775.00 |
| 04/14/13 | SWH | Perform case law research for motion to dismiss amended counterclaims | 1.1 | 341.00 |
| 04/16/13 | SWH | Perform case law research for motion to dismiss amended counterclaims; begin drafting memorandum in support of motion to dismiss counterclaims | 6.7 | 2,077.00 |
| 04/17/13 | SWH | Draft memorandum in support of motion to dismiss counterclaims | 5.2 | 1,612.00 |
| 04/17/13 | MCR | Confer with Stan Hammer regarding motion to dismiss briefing and meet and confer; exchange emails with Jennifer Short regarding meet and confer with Jacintoport's counsel | 0.3 | 183.00 |
| 04/18/13 | SWH | Prepare for and participate in meet and confer conference call with opposing counsel regarding motion to dismiss counterclaims | 0.7 | 217.00 |
| 04/18/13 | MCR | Meet and confer with Pat Harvey and Stan Hammer; review and revise motion to dismiss brief | 5.1 | 3,111.00 |
| 04/22/13 | SWH | Analyze and review case law for potential motion to dismiss/transfer Count IV for improper venue | 0.8 | 248.00 |
| 04/22/13 | MCR | Revise brief in support of motion to dismiss | 7.1 | 4,331.00 |
| 04/23/13 | SWH | Analyze and review case law for potential motion to dismiss/transfer Count IV for improper venue; email analysis regarding same to Megan Rahman | 1.2 | 372.00 |
| 04/23/13 | MCR | Revise brief in support of motion to dismiss | 5.3 | 3,233.00 |
| 04/24/13 | SWH | Draft proposed edits to revised draft of memorandum in support of motion to dismiss | 2.8 | 868.00 |
| 04/24/13 | MCR | Revise brief in support of motion to dismiss; exchange emails with Tim Shea and Stan Hammer about same | 1.3 | 793.00 |
| 04/25/13 | SWH | Final revisions to memorandum in support of motion to dismiss; file motion to dismiss and memorandum in support via ECF | 4.1 | 1,271.00 |
| 04/25/13 | BMH | Revise Motion to Dismiss and Memorandum in Support and conference with Stan Hammer regarding same; review United States' Motion to Dismiss | 1.3 | 747.50 |

IN ACCOUNT WITH

Troutman Sanders LLP
ATTORNEYS AT LAW

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 19

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/25/13 | MCR | Review brief in support of motion to dismiss; exchange emails with Stan Hammer regarding same | 3.1 | 1,891.00 |
| 05/31/13 | BMH | Review Motion for Summary Judgment and Oppositions to Motions to Dismiss | 1.2 | 690.00 |
| 06/03/13 | SWH | Analyze and review Jacintoport's opposition to motion to dismiss counterclaims | 2.2 | 682.00 |
| 06/04/13 | SWH | Continue analysis and review of Jacintoport's opposition to motion to dismiss counterclaims; research cases cited in Jacintoport opposition; conference with Megan Rahman regarding strategy for reply in support of motion to dismiss counterclaims | 2.7 | 837.00 |
| 06/04/13 | MCR | Review and analyze opposition to motion to dismiss; confer with Stan Hammer about same and discuss drafting of reply brief | 1.6 | 976.00 |
| 06/07/13 | BMH | Review Dismissal Order and conference with Stan Hammer regarding same | 0.2 | 115.00 |
| 06/08/13 | SWH | Complete draft reply in support of motion to dismiss counterclaims and email same to Megan Rahman for review | 2.4 | 744.00 |
| 06/12/13 | SWH | Research case law for reply in support of motion to dismiss counterclaims; create working outline for draft reply | 4.4 | 1,364.00 |
| 06/13/13 | SWH | Begin drafting reply in support of motion to dismiss counterclaims; perform legal research related to same | 4.3 | 1,333.00 |
| 06/14/13 | SWH | Continue drafting reply in support of motion to dismiss counterclaims | 2.9 | 899.00 |
| 06/16/13 | SWH | Complete draft of reply brief in support of motion to dismiss counterclaims | 4.4 | 1,364.00 |
| 06/17/13 | SWH | Conference with Megan Rahman regarding strategy for reply brief in support of motion to dismiss counterclaims | 0.2 | 62.00 |
| 06/17/13 | MCR | Revise reply in support of motion to dismiss | 1.8 | 1,098.00 |
| 06/18/13 | SWH | Review and comment on Tim Shea proposed edits to reply brief in support of motion to dismiss counterclaims | 0.3 | 93.00 |
| 06/20/13 | SWH | Research issue whether dismissal of Relator Raggio's complaint might bar Jacintoport's counterclaims | 0.3 | 93.00 |
| 06/20/13 | BMH | Review and revise Reply in Support of Motion to Dismiss Counterclaim | 1.0 | 575.00 |
| 06/20/13 | MCR | Revise reply in support of motion to dismiss | 1.6 | 976.00 |
| 06/21/13 | SWH | Further research on issue whether dismissal of Relator | 3.1 | 961.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 20

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | Raggio's complaint might operate to bar Jacintoport's counterclaims; incorporate Bryan Haynes's edits to reply brief in support of motion to dismiss counterclaims; final cite-check/proof of reply brief; file reply brief with Court via ECF | | |
| 06/21/13 | MCR | Review final changes to reply brief | 0.5 | 305.00 |
| 07/02/13 | SWH | Research local rules and judge's standing order to confirm whether necessary to contact court for hearing on motion to dismiss counterclaims | 0.4 | 124.00 |
| 07/15/13 | SWH | Review case law cited in Jacintoport's motion for leave to file surreply; draft response to Jacintoport's motion for leave to file surreply | 2.4 | 744.00 |
| 07/15/13 | MCR | Review Jacintoport's motion to file a surreply; exchange emails with Stan Hammer regarding same | 0.2 | 122.00 |
| 07/16/13 | SWH | Revise response to Jacintoport's motion for leave to file surreply and file final version of same with Court via ECF | 1.6 | 496.00 |
| 07/16/13 | MCR | Review and edit draft response to motion to file surreply | 0.3 | 183.00 |
| 07/26/13 | BMH | Review summary judgment briefs | 0.5 | 287.50 |
| 12/23/13 | BMH | Review Order on Motions to Dismiss and Motions for Summary Judgment | 0.6 | 345.00 |
| 03/12/14 | MCR | Telephone call with Jennifer Short, Ben Wei and Tim Shea to discuss initial disclosures and a draft scheduling order | 0.5 | 305.00 |
| 04/01/14 | BMH | Review Motion | 0.1 | 57.50 |
| 04/02/14 | BMH | E-mail correspondence with Court, opposing counsel and Megan Rahman | 0.2 | 115.00 |
| 04/03/14 | BMH | Review Court Order; docket due dates; e-mail correspondence with colleagues | 0.2 | 115.00 |
| 04/15/14 | SWH | Participate with co-counsel and opposing counsel in Rule 26(f) meet and confer conference; summarize same | 1.5 | 465.00 |
| 04/15/14 | SWH | Brief review of Court's memorandum opinion on motions to dismiss, strike, and for summary judgment | 0.4 | 124.00 |
| 04/18/14 | SWH | Email regarding initial status conference; research local civil rule 16.3 issues associated with same | 0.4 | 124.00 |
| 04/21/14 | SWH | Emails to court regarding scheduling issues and brief review of Court's standing order | 0.3 | 93.00 |
| 04/22/14 | SWH | Analyze and review draft joint report of Rule 26(f) discovery conference and related case issues | 1.9 | 589.00 |
| 04/22/14 | SWH | Research to clarify Relator's role in discovery issues after | 0.9 | 279.00 |

IN ACCOUNT WITH

Troutman Sanders LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 21

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | government intervention | | |
| 04/22/14 | SWH | Conference with Megan Rahman regarding case status, strategy, and initial status conference | 0.2 | 62.00 |
| 04/22/14 | SWH | Review pleadings and court orders in preparation for initial status conference | 0.5 | 155.00 |
| 04/23/14 | SWH | Review pleadings and orders in preparation for initial status conference | 0.9 | 279.00 |
| 04/23/14 | SWH | Participate in initial status conference by telephone, including drafting summary of same, call with government concerning post-conference developments, and drafting summary of post-conference developments | 2.0 | 620.00 |
| 04/23/14 | BMH | Participate in status conference and preparation for same | 0.8 | 460.00 |
| 05/14/14 | SWH | Email to Megan Rahman regarding review of protective order and receipt of government's initial disclosures | 0.2 | 62.00 |
| 06/27/14 | SWH | Revise proposed protective order and email counsel for the government regarding same | 1.2 | 372.00 |
| 07/15/14 | SWH | Analyze and review Jacintoport's edits to proposed protective order and comments regarding same | 0.2 | 62.00 |
| 07/28/14 | SWH | Analyze and review revisions to proposed protective order and email Megan Rahman regarding same | 0.6 | 186.00 |
| 07/29/14 | SWH | Briefly analyze and review Jacintoport's motions for summary adjudication | 0.2 | 62.00 |
| 08/01/14 | SWH | Analyze, review, and respond to email correspondence regarding potential affidavit in support of government's response to Jacintoport motion for summary adjudication | 0.5 | 155.00 |
| 08/07/14 | SWH | Analyze and review Jacintoport's motion for summary adjudication regarding contract issues | 0.8 | 248.00 |
| 08/08/14 | SWH | Analyze and review Jacintoport's motion for summary adjudication on reduced damages under the FCA | 0.9 | 279.00 |
| 08/12/14 | SWH | Analyze and review correspondence related to upcoming depositions and subpoenas issued by Jacintoport | 1.1 | 341.00 |
| 08/12/14 | SWH | Draft correspondence regarding preparation for Labbe/Jacintoport 30(b)(6) depositions | 0.6 | 186.00 |
| 08/19/14 | SWH | Emails to co-counsel regarding Labbe deposition testimony | 0.3 | 93.00 |
| 09/02/14 | SWH | Analyze and review client documents for information responsive to USAID OIG investigator requests | 1.1 | 341.00 |
| 09/03/14 | SWH | Email USAID OIG investigator update regarding search for documents relevant to request | 0.1 | 31.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 22

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 04/01/15 | MCR | Telephone call with Jennifer Short and Ben Wei to discuss status of litigation and motion to amend complaint | 0.5 | 305.00 |
| 04/01/15 | MCR | Confer with Tim Shea regarding status call with government | 0.5 | 305.00 |
| 04/06/15 | SWH | Review docket and recent pleadings in preparation for status conference | 1.1 | 341.00 |
| 04/07/15 | SWH | Prepare for status conference, including review of government's motion to amend complaint and related briefing and correspondence | 0.8 | 248.00 |
| 04/08/15 | SWH | Brief calls with courtroom deputy and opposing counsel regarding telephonic appearance at status conference | 0.2 | 62.00 |
| 04/08/15 | SWH | Attend status conference hearing by telephone | 0.9 | 279.00 |
| 04/08/15 | SWH | Draft written summary of status conference hearing | 0.4 | 124.00 |
| 05/20/15 | SWH | Review government email correspondence regarding draft interrogatory responses and respond to same | 0.3 | 93.00 |
| 05/21/15 | SWH | Review follow-up email correspondence from government regarding draft interrogatory responses | 0.2 | 62.00 |
| 05/21/15 | MCR | Exchange emails with government and co-counsel regarding draft interrogatory responses; review documents regarding same | 1.1 | 671.00 |
| 05/27/15 | MCR | Telephone call with John Raggio, Tim Shea and the government to discuss interrogatory responses and fact investigation | 1.5 | 915.00 |
| 01/07/16 | MCR | Participate in conference call with counsel to discuss trial dates | 0.2 | 122.00 |
| 03/03/16 | MCR | Telephone call with all counsel on pretrial issues; draft and send proposed voir dire questions to government; exchange emails with government regarding order for conference from Court | 0.6 | 366.00 |
| 03/16/16 | LAK | Review case documents in preparation for drafting motion in limine to exclude evidence of Jacintoport's fumigation expenses in pending FCA litigation in District Court of District of Columbia | 0.7 | 213.50 |
| 03/16/16 | LAK | Draft motion in limine to exclude evidence of Jacintoport's fumigation expenses in pending FCA litigation in District Court of District of Columbia | 2.6 | 793.00 |
| 03/17/16 | LAK | Draft motion in limine to exclude evidence of Jacintoport's fumigation expenses in pending FCA litigation in District Court of District of Columbia | 4.0 | 1,220.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 23

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 03/17/16 | MCR | Review and analyze defendant's verdict form, voir dire and other accompanying pretrial documents; exchange emails with Tim Shea about verdict form and voir dire; review verdict forms and voir dire in prior False Claims Act cases; exchange emails with the government about the same; telephone call with Jennifer Short, Ben Wei and Tim Shea to discuss possible motions in limine and the pretrial documents | 1.6 | 976.00 |
| 03/18/16 | MCR | Review and revise draft motion in limine on actual knowledge; draft and send email to government about the same | 0.8 | 488.00 |
| 03/21/16 | LAK | Research relevancy and admissibility of  prior deposition testimony of officer of defendant for preparation of opposition to motion in limine to exclude prior deposition testimony in FCA case regarding defendants charging stevedoring rates in excess of cap provided in contract | 3.3 | 1,006.50 |
| 04/21/16 | LAK | Research whether prevailing relator in FCA case can recover attorneys' fees for time expended on defendants' counterclaim and provide summary of results to Megan Rahman | 1.9 | 579.50 |
| 04/29/16 | MCR | Finalize fee submission; draft and send email to Jacintoport counsel with detailed billing statement | 1.1 | 671.00 |
| 05/04/16 | LAK | Research deadline to submit fee petition under Federal and Local Rules and communicate answer to Megan Rahman | 0.5 | 152.50 |
| 05/06/16 | MCR | Telephone call with counsel to discuss settlement agreement | 0.5 | 305.00 |
| 05/11/16 | LAK | Research and review cases cited in arguments raised by opposing counsel regarding relevancy of Troutman Sanders' fee arrangement with relator as part of negotiations regarding fees in FCA case | 1.0 | 305.00 |
| 05/12/16 | LAK | Research and review cases cited in arguments raised by opposing counsel regarding relevancy of Troutman Sanders' fee arrangement with relator as part of negotiations regarding fees in FCA case | 1.8 | 549.00 |
| 05/12/16 | MCR | Draft and send email to counsel regarding disclosure of fee agreement | 0.3 | 183.00 |
| 08/08/16 | LAK | Conduct additional research and revise and edit Tim Shea draft of memorandum in support of relator petition for attorneys' fees | 7.2 | 2,196.00 |
| 08/09/16 | LAK | Revise and edit memorandum in support of relator petition for attorneys' fees and communicate with Megan Rahman regarding same | 1.0 | 305.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 24

Sealift, Inc.

JacintoPort, Inc

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/18/16**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 08/10/16 | MCR | Analyze billings for submission to Court for fee petition | 1.2 | 732.00 |
| 08/12/16 | MCR | Review and revise draft of memorandum in support of fees | 1.6 | 976.00 |
| 08/15/16 | LAK | Revise and edit Megan Rahman revisions/draft of memorandum in support of relator petition for attorneys' fees | 4.1 | 1,250.50 |
| 08/15/16 | MCR | Review and further revise fees for submission to court in support of fee petition; further revise memorandum in support of motion for fees; exchange emails with co-counsel about same | 2.8 | 1,708.00 |
| 08/16/16 | LAK | Revise and edit Megan Rahman revisions/draft of memorandum in support of relator petition for attorneys' fees and provide udpated draft to Megan Rahman for review | 1.9 | 579.50 |
| 08/16/16 | MCR | Pull together resume information for attorneys who billed to file for expert witness; revise draft of co-counsel declaration; review case law on select arguments to be made in motion; confer with co-counsel about same | 2.1 | 1,281.00 |
| 08/17/16 | LAK | Revise and edit Megan Rahman revisions/draft of memorandum in support of relator petition for attorneys' fees to reflect additions from declarations of Megan Rahman, Tim Shea, and Thomas Mills | 2.5 | 762.50 |
| 08/17/16 | MCR | Draft declaration in support of fee petition; confer with co-counsel about fee petition arguments; review draft of expert declaration | 7.9 | 4,819.00 |
| 08/18/16 | LAK | Revise and edit Megan Rahman revisions/draft of memorandum in support of relator petition for attorneys' fees to reflect additions from declarations of Megan Rahman, Tim Shea, and Thomas Mills and provide same to Megan Rahman | 0.3 | 91.50 |
| 08/18/16 | MCR | Confer with co-counsel about arguments in fee petition; revise memorandum in support of fee petition | 1.2 | 732.00 |
| | | Totals | 586.6 | 286,497.00 |

IN ACCOUNT WITH

## Troutman Sanders LLP
### ATTORNEYS AT LAW

Invoice Date 08/19/16
Invoice Number 1791336
File No. 237700.000002
Page 25

Sealift, Inc.

JacintoPort, Inc

**TIMEKEEPER TIME SUMMARY THROUGH 08/18/16**

| Initials | Name | Hours | Rate | Amount |
|----------|------|------:|-----:|-------:|
| ESG | Gere | 41.5 | 575.00 | 23,862.50 |
| SWH | Hammer | 155.0 | 310.00 | 48,050.00 |
| BMH | Haynes | 9.8 | 575.00 | 5,635.00 |
| MHH | Higgins | 94.1 | 450.00 | 42,345.00 |
| LAK | Kuykendall | 32.8 | 305.00 | 10,004.00 |
| MEN | Nagle | 135.1 | 625.00 | 84,437.50 |
| MCR | Rahman | 118.3 | 610.00 | 72,163.00 |

Total Fees & Costs:     $287,411.17

# EXHIBIT TWO

**Troutman Sanders LLP Summary Cost Report (2010 – 2016)**

| | |
|---|---|
| Filing Fees | $350.00 |
| Database Research Services | $60.54 |
| Local Courier Services | $2,018.88 |
| | |
| **TOTAL** | $2,429.42 |

| Disb ID | Date | TKPR Name | Bill Num | Bill Date | Amt | Narrative |
|---|---|---|---|---|---|---|
| 7493028 | 11/5/2010 | Higgins, Michael H. | 1449180 | 9/19/2012 | $350.00 | VENDOR: Higgins, Michael H.; INVOICE#: 110510HIGGINS; DATE: 11/5/2010 - Filing fee |
| 7500198 | 11/5/2010 | CMS | 1449180 | 9/19/2012 | $25.44 | VENDOR: Washington Express LLC; INVOICE#: 57341; DATE: 11/15/2010 - VENDOR: Washington Express LLC INVOICE#: 57341 DATE: 11/15/2010 |
| 7500199 | 11/8/2010 | CMS | 1449180 | 9/19/2012 | $37.10 | VENDOR: Washington Express LLC; INVOICE#: 57341; DATE: 11/15/2010 - VENDOR: Washington Express LLC INVOICE#: 57341 DATE: 11/15/2010 |
| 7523396 | 1/5/2011 | Woodruff, Mary Elizabet | 1449180 | 9/19/2012 | $16.24 | VENDOR: Pacer Service Center; INVOICE#: TS1399Q42010; DATE: 1/5/2011 Pacer |
| 7769697 | 12/10/2012 | Hammer, Stanley W. | 1474542 | 1/15/2013 | $42.90 | Hammer, Stan - 11/16/2012 - LEXIS |
| 7769698 | 12/10/2012 | Hammer, Stanley W. | 1474542 | 1/15/2013 | $57.61 | Hammer, Stan - 11/16/2012 - LEXIS |
| 7769699 | 12/10/2012 | Hammer, Stanley W. | 1474542 | 1/15/2013 | $24.52 | Hammer, Stan - 11/16/2012 - LEXIS |
| 7769700 | 12/10/2012 | Hammer, Stanley W. | 1474542 | 1/15/2013 | $5.11 | Hammer, Stan - 11/16/2012 - LEXIS |
| 7769701 | 12/10/2012 | Hammer, Stanley W. | 1474542 | 1/15/2013 | $3.17 | Hammer, Stan - 11/16/2012 - LEXIS |
| 7779679 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $6.55 | Hammer, Stan - 12/05/2012 - LEXIS |
| 7779680 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $62.42 | Hammer, Stan - 12/05/2012 - LEXIS |
| 7779681 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $141.43 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7779682 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $21.83 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7779683 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $61.11 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7779684 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $46.71 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7779685 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $15.28 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7779686 | 1/15/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $6.77 | Hammer, Stan - 12/07/2012 - LEXIS |
| 7798839 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $139.17 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798840 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $12.43 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798841 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $20.71 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798842 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $120.95 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798843 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $99.41 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798844 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $3.21 | Hammer, Stan - 02/08/2013 - LEXIS |
| 7798845 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $69.59 | Hammer, Stan - 02/13/2013 - LEXIS |
| 7798846 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $24.85 | Hammer, Stan - 02/13/2013 - LEXIS |
| 7798847 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $12.43 | Hammer, Stan - 02/13/2013 - LEXIS |
| 7798848 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $6.42 | Hammer, Stan - 02/13/2013 - LEXIS |
| 7798849 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $6.21 | Hammer, Stan - 02/15/2013 - LEXIS |
| 7798850 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $130.06 | Hammer, Stan - 02/15/2013 - LEXIS |
| 7798851 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $12.43 | Hammer, Stan - 02/15/2013 - LEXIS |
| 7798852 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $69.59 | Hammer, Stan - 02/16/2013 - LEXIS |
| 7798853 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $37.28 | Hammer, Stan - 02/16/2013 - LEXIS |
| 7798854 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $69.59 | Hammer, Stan - 02/17/2013 - LEXIS |
| 7798855 | 3/12/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $49.70 | Hammer, Stan - 02/17/2013 - LEXIS |
| 7809590 | 4/16/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $103.85 | Hammer, Stan - 03/20/2013 - LEXIS |
| 7809591 | 4/16/2013 | Hammer, Stanley W. | 1505329 | 6/19/2013 | $6.18 | Hammer, Stan - 03/20/2013 - LEXIS |
| 8131174 | 4/22/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $128.28 | Kuykendall, LA - 03/17/2016 - LEXIS.COM |
| 8131175 | 4/22/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $38.25 | Kuykendall, LA - 03/17/2016 - LEXIS.COM |
| 8131176 | 4/22/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $100.80 | Kuykendall, LA - 03/21/2016 - LEXIS.COM |
| 8138177 | 5/16/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $33.62 | Kuykendall, LA - 04/21/2016 - LEXIS.COM |
| 8138178 | 5/16/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $33.62 | Kuykendall, LA - 04/21/2016 - LEXIS.COM |
| 8138179 | 5/16/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $105.45 | Kuykendall, LA - 04/21/2016 - LEXIS.COM |
| 8147172 | 6/17/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $50.82 | Kuykendall, LA - 05/11/2016 - LEXIS.COM |
| 8147173 | 6/17/2016 | Kuykendall, Laura Anne | 1791336 | 8/17/2016 | $20.33 | Kuykendall, LA - 05/12/2016 - LEXIS.COM |
| | | | | **Total:** | **$2,429.42** | |